IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00183-WDM-PAC

LANGSTON ALEXANDER,

    Plaintiff(s),

v.

WAL-MART STORES, INC.,

    Defendant(s).

_____

**ORDER OF RECUSAL**
_____

Because of a chambers employee's financial interest in Wal-Mart Stores, it is hereby

**Ordered** that I formally recuse myself from this case and ask that it be reassigned to another United States Magistrate Judge.

Dated March 15, 2006.

                                            By the Court

                                            s/Patricia A. Coan
                                            PATRICIA A. COAN
                                            United States Magistrate Judge