IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00183-WDM-MEH

LANGSTON ALEXANDER,

     Plaintiff,

v.

WALMART STORES, INC.,

     Defendant.

---

## ORDER ON MOTION FOR RECONSIDERATION

---

Plaintiff has asked this Court to reconsider this Court's Order dated August 31, 2006, whereby this Court ordered all communications with Defendant's counsel to be conducted by Plaintiff *pro se*, rather than Plaintiff's parents. At a hearing in Court, Defendant's counsel indicated that she had never spoken with Plaintiff, but rather all communications regarding this lawsuit had been with Plaintiff's parents. Defendant's counsel, therefore, also objected to Plaintiff's parents appearing in Court to assist Plaintiff, or in other words, to provide representation. Because Plaintiff has reached the age of majority, and there is no contention that he is incompetent to handle his own affairs, this Court found no basis for Plaintiff's parents representing him in Court. Plaintiff objects to this Order because he did not receive notice before the hearing that Defendant would object to his parents' participation in this case.

As an initial matter, the Federal Rules of Civil Procedure provide no mechanism for the reconsideration that Plaintiff seeks. Moreover, in a civil action such as this, Plaintiff has no right to representation, whether by an attorney or any other. Unless Plaintiff alleges that he incompetent to handle his own affairs, which he has not done, Plaintiff must prosecute his case *pro se* or risk dismissal of this matter for failure to prosecute. Finding no basis for reconsideration in the law,

2

Plaintiff's Request for the Court to Reconsider Ruling on Motions Held August 30, 2006 [<u>Filed September 1, 2006; Docket #48</u>] is **denied**.

Dated at Denver, Colorado this 25th day of September, 2006.

BY THE COURT:

  s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge