IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00183-WDM-MEH

LANGSTON ALEXANDER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 11, 2007.**

    Defendant's Motion to Substitute Exhibit [Filed January 10, 2007; Docket #56] is **granted**. Docket #56-2 is substituted in place of Docket #53-8 as Defendant's Exhibit A-3 in support of Defendant's Motion for Summary Judgment.