IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00183-WDM-MEH

LANGSTON ALEXANDER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 2, 2007.**

    Defendant's Motion to Strike Plaintiff's Response to Summary Judgment [Filed March 1, 2007; Docket #71] is **granted** in part and **denied** in part.  This Court previously directed Plaintiff to submit an Objection to this Court's Recommendation, if he so chooses, on or before February 20, 2007.  Plaintiff instead filed a second response to the motion for summary judgment on that date.  Construing the *pro se* Plaintiff's pleadings liberally, this document should be treated as an objection to the Recommendation.  Defendant's arguments go to the vitality of such an objection, rather than to the mere filing of such an objection.  These arguments should be considered by the District Judge in ruling on the Recommendation, not this Court.

    Accordingly, it is hereby ORDERED that Clerk of the Court change Docket #70 to be docketed as an Objection to the Recommendation (#66).