IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00183-WDM-MEH

LANGSTON ALEXANDER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

_____

**ORDER ON SECOND MOTION FOR RECONSIDERATION**
_____

Miller, J.

This matter is before me on the Response on Order Recommentation [sic] For Reconsideration Per J. Miller (doc no 83) ("Motion") filed by Plaintiff. Plaintiff again asks me to reconsider and amend my April 13, 2007 order accepting the recommendation of Magistrate Judge Michael E. Hegarty that Plaintiff's case be dismissed. I have previously reviewed my order and the recommendation and concluded that Plaintiff has not met the requirements of Rule 59(e) or otherwise shown that he was disciplined because of illegal discrimination.

Accordingly, it is ordered that the Motion (doc no 83) is denied.

DATED at Denver, Colorado, on May 3, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge